IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO 15-04885 ESL

**DANIEL RODRIGUEZ ROSA**                       CHAPTER 13

   Debtors

\* \* \* \* \* \* \*

**DEBTOR'S AMENDMENT OF SCHEDULE
AND STATEMENT OF THE PURPOSE OF
THE AMENDMENT**

TO THE HONORABLE COURT:

Debtor in the above captioned case; hereby amend Schedule I attached amended documents, for those originally filed, pursuant to R. Bankr. P. 1009.

1- Debtor requests the amendment of the Schedule I **to modified debtor's income.**

Notice is hereby given that unless a party in interest files a written objection to the Amendment of schedule within twenty-one (21) days from the date of the notice indicated herein below, then the Court will enter an order approving the Amendment of Schedule without further notice of hearing.

In San Juan, PR this 14th day of August 2015

**CERTIFICATE OF SERVICE:** That I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing and that I have mailed the documents to the all non CM/ECF participants, Creditors and parties in interest as per the Master address list.

/S/WILBERT LOPEZ MORENO, ESQ 202707
**Representing Daniel Rodríguez Rosa**
**1272 Jesús T. Piñero**
**San Juan, Puerto Rico, 00921**
**787-782-5364 /Fax-787-793-5790**
**E-mail: wilbert_lopez@yahoo.com**

**Fill in this information to identify your case:**

Debtor 1: **DANIEL RODRIGUEZ ROSA**
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number: **15-04885**
(If known)

Check if this is:
☑ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **CONSERVACION LINEAS** | |
| Employer's name | **AUTORIDAD DE ENERGIA ELECTRI** | |
| Employer's address | **PO BOX 363508**<br>Number  Street | Number  Street |
|  | **SAN JUAN, PR  00936**<br>City    State   ZIP Code | City    State   ZIP Code |
| How long employed there? | **12 years** | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ **3,007.00** | $ _____ |
| 3. Estimate and list monthly overtime pay. | + $ **0.00** | + $ _____ |
| 4. Calculate gross income. Add line 2 + line 3. | $ **3,007.00** | $ _____ |

Official Form 6I                     Schedule I: Your Income                     page 1

Debtor 1  **DANIEL  RODRIGUEZ ROSA**                                   Case number (if known) **15-04885**
         First Name  Middle Name   Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................................... → | 4. | $ 3,007.00 | $ |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 197.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 330.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 478.00 | $ |
| 5e. Insurance | 5e. | $ 0.00 | $ |
| 5f. Domestic support obligations | 5f. | $ 848.00 | $ |
| 5g. Union dues | 5g. | $ 90.00 | $ |
| 5h. Other deductions. Specify: _____ | 5h. +$ 0.00 | +$ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 1,943.00 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 1,064.00 | $ |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 600.00 | $ |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ |
| 8e. Social Security | 8e. | $ 0.00 | $ |
| 8f. **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ |
| 8h. Other monthly income. Specify: **CHRISTMAS BONUS** | 8h. +$ 45.00 | +$ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 645.00 | $ |
| 10. **Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,709.00 + $ = | $ 1,709.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____                            11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.  $ 1,709.00
                                                                                                                                     Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:  None

Official Form 6I                        Schedule I: Your Income                                    page 2   8/14/15

*[Handwritten declaration under penalty of perjury with signature]*

```
Label Matrix for local noticing      US Bankruptcy Court District of P.R.    ASOCIACION EMPLEADOS ELA
0104-3                               Jose V Toledo Fed Bldg & US Courthouse  P O BOX 364508
Case 15-04885-ESL13                  300 Recinto Sur Street, Room 109        SAN JUAN, PR 00936-4508
District of Puerto Rico              San Juan, PR 00901-1964
Old San Juan
Sat Aug 15 17:12:48 AST 2015

ASUME                                AT&T                                    BANCO POPULAR DE PUERTO RICO
PO BOX 71414                         PO BOX 8226                             BANKRUPTCY DEPARTMENT
SAN JUAN, PR 00936-8514              AURORA, IL 60572-8226                   PO BOX 366818
                                                                             SAN JUAN PR 00936-6818


DENNISE M LOPEZ                      DEPARTAMENTO DE TRANS Y OBRAS PUBLICAS  FIRST BANK
URB MIRADOR DE CUPEY N 1 CALLE 9     PO BOX 41269                            PO BOX 9146
SAN JUAN, PR 00926                   SAN JUAN, PR 00940-1269                 SAN JUAN, PR 00908-0146


ALEJANDRO OLIVERAS RIVERA            DANIEL RODRIGUEZ ROSA                   MONSITA LECAROZ ARRIBAS
ALEJANDRO OLIVERAS CHAPTER 13 TRUS   URB JARDINES DE CAGUAS                  OFFICE OF THE US TRUSTEE (UST)
PO BOX 9024062                       C 4 ALTOS CALLE D                       OCHOA BUILDING
SAN JUAN, PR 00902-4062              CAGUAS, PR 00725                        500 TANCA STREET  SUITE 301
                                                                             SAN JUAN, PR 00901


WILBERT LOPEZ MORENO
WILBERT LOPEZ MORENO & ASOCIADOS
1272 AVE. JESUS T. PINERO
SAN JUAN, PR 00921-1616
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ASUME-DENISE LOPEZ VIZCARRONDO  PO BOX 713    End of Label Matrix
                                                 Mailable recipients    12
                                                 Bypassed recipients     1
                                                 Total                  13
```