IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:     CASE NO 15-04885 ESL

DANIEL RODRIGUEZ ROSA     CHAPTER 13

Debtors

\*   \*   \*   \*   \*   \*   \*

### DEBTOR'S AMENDMENT OF SCHEDULE AND STATEMENT OF THE PURPOSE OF THE AMENDMENT

TO THE HONORABLE COURT:

Debtor in the above captioned case; hereby amend Schedule **J** attached amended documents, for those originally filed, pursuant to R. Bankr. P. 1009.

1- Debtor requests the amendment of the Schedule J **to modified debtor's expenses.**

Notice is hereby given that unless a party in interest files a written objection to the Amendment of schedule within twenty-one (21) days from the date of the notice indicated herein below, then the Court will enter an order approving the Amendment of Schedule without further notice of hearing.

In San Juan, PR this 14th day of August 2015

**CERTIFICATE OF SERVICE:** That I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing and that I have mailed the documents to the all non CM/ECF participants, Creditors and parties in interest as per the Master address list.

/S/WILBERT LOPEZ MORENO, ESQ 202707
**Representing Daniel Rodríguez Rosa**
1272 Jesús T. Piñero
San Juan, Puerto Rico, 00921
787-782-5364 /Fax-787-793-5790
E-mail: wilbert_lopez@yahoo.com

**Fill in this information to identify your case:**

Debtor 1: DANIEL RODRIGUEZ ROSA
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of Puerto Rico

Case number: 15-04885
(If known)

Check if this is:

☑ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
   
   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?

   ☐ No
   ☑ Yes. Fill out this information for each dependent.....

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 17 | ☑ No ☐ Yes |
| Daughter | 15 | ☑ No ☐ Yes |
| Daughter | 6 | ☑ No ☐ Yes |
| Daughter | 4 | ☑ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 6I).

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 0.00

   If not included in line 4:
   
   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 0.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00

Official Form 6J                    Schedule J: Your Expenses                    page 1

Debtor 1  **DANIEL  RODRIGUEZ ROSA**         Case number *(if known)* **15-04885**
         First Name   Middle Name   Last Name

|  |  | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans  5. | $ 0.00 |
| 6. | **Utilities:** |  |
| 6a. | Electricity, heat, natural gas  6a. | $ 0.00 |
| 6b. | Water, sewer, garbage collection  6b. | $ 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services  6c. | $ 38.00 |
| 6d. | Other. Specify: _____  6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies**  7. | $ 220.00 |
| 8. | **Childcare and children's education costs**  8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning**  9. | $ 20.00 |
| 10. | **Personal care products and services**  10. | $ 20.00 |
| 11. | **Medical and dental expenses**  11. | $ 10.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.  12. | $ 145.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. | $ 10.00 |
| 14. | **Charitable contributions and religious donations**  14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |
| 15a. | Life insurance  15a. | $ 0.00 |
| 15b. | Health insurance  15b. | $ 0.00 |
| 15c. | Vehicle insurance  15c. | $ 0.00 |
| 15d. | Other insurance. Specify: _____  15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____  16. | $ 0.00 |
| 17. | **Installment or lease payments:** |  |
| 17a. | Car payments for Vehicle 1  17a. | $ 0.00 |
| 17b. | Car payments for Vehicle 2  17b. | $ 0.00 |
| 17c. | Other. Specify: _____  17c. | $ 0.00 |
| 17d. | Other. Specify: _____  17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**  18. | $ 146.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____  19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** |  |
| 20a. | Mortgages on other property  20a. | $ 0.00 |
| 20b. | Real estate taxes  20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance  20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses  20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues  20e. | $ 0.00 |

Official Form 6J                 Schedule J: Your Expenses                  page 2

Debtor 1  **DANIEL  RODRIGUEZ ROSA**
       First Name   Middle Name   Last Name

Case number (if known) **15-04885**

21. Other. Specify: _____    21. +$ _____0.00_____

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.    22. $ _____609.00_____

23. **Calculate your monthly net income.**
    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a. $ _____1,709.00_____
    23b. Copy your monthly expenses from line 22 above.    23b. –$ _____609.00_____
    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.    23c. $ _____1,100.00_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    **None**

    *[handwritten signature and note]*
    I do solemnly swear/affirm
    of paying that the above
    information is true. 8/14/15

Official Form 6J     Schedule J: Your Expenses     page 3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 15-04885-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Sat Aug 15 17:12:48 AST 2015 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ASOCIACION EMPLEADOS ELA<br>P O BOX 364508<br>SAN JUAN, PR 00936-4508 |
| ASUME<br>PO BOX 71414<br>SAN JUAN, PR 00936-8514 | AT&T<br>PO BOX 8226<br>AURORA, IL 60572-8226 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 |
| DENNISE M LOPEZ<br>URB MIRADOR DE CUPEY N 1 CALLE 9<br>SAN JUAN, PR 00926 | DEPARTAMENTO DE TRANS Y OBRAS PUBLICAS<br>PO BOX 41269<br>SAN JUAN, PR 00940-1269 | FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | DANIEL RODRIGUEZ ROSA<br>URB JARDINES DE CAGUAS<br>C 4 ALTOS CALLE D<br>CAGUAS, PR 00725 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| WILBERT LOPEZ MORENO<br>WILBERT LOPEZ MORENO & ASOCIADOS<br>1272 AVE. JESUS T. PINERO<br>SAN JUAN, PR 00921-1616 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ASUME-DENISE LOPEZ VIZCARRONDO  PO BOX 713

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13