IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

DANIEL RODRIGUEZ ROSA

CASE NO. **15-04885 ESL**
CHAPTER 13

## MOTION TO AMEND THE CHAPTER 13 PLAN AFTER CONFIRMATION AND STATEMENT OF PURPOSE

TO THE HONORABLE COURT:

COMES NOW DEBTOR, through the undersigned attorney and very respectfully states and prays:

1- That the Chapter 13 Plan in the present case was confirmed by the Court.

2- That debtor requests the amendment of his Chapter 13 Plan: (SEE ATTACHED AMENDED PLAN DATED 10/25/2015). 11 U.S.C 1329

3- *Debtor request the amendment of his Chapter 13 plan to include a provision for Retirement System of PR.*

4- *Debtor is current with his Chapter 13 plan payments.*

"**Parties in interest are notified they have twenty-one (21) days to object a proposed modification of a plan and request a hearing. Absent good cause, untimely rejections shall be denied.**

WHEREFORE, debtors respectfully request from this Honorable Court to grant this Motion and confirm the amended Chapter Plan dated October 25th, 2015

2th day of October 2015, In San Juan Puerto Rico

**CERTIFICATE OF SERVICE:** That I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing and that I have mailed the documents to the all non CM/ECF participants, creditors and parties in interest as per the Master address list.

/S/WILBERT LOPEZ MORENO, ESQ 202707
**Representing Danile Rodríguez Rosa**
1272 Jesús T. Piñero Ave
San Juan Puerto Rico, 00921
787-782-5364 / fax-787-793-5790
e-mail:wilbert_lopez@yahoo.com ."..'..'

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                                     Case No. **15-04885**

**RODRIGUEZ ROSA, DANIEL**                                    Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☑ AMENDED PLAN DATED: **10/25/2015**
☐ PRE ☐ POST-CONFIRMATION                    Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **1,100.00** x **60** = $ **66,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **66,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **66,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ DANIEL RODRIGUEZ ROSA**
Debtor

_____
Joint Debtor

Attorney for Debtor **Wilbert Lopez Moreno, P.S.C.**             Phone: _____

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK**    Cr. _____    Cr. _____
# **1210**                # _____       # _____
$ **43,212.60**       $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**ASOCIACION EMPLE**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**RETIREMENT SYSTE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
TRUSTEE WILL PAY ATTORNEY'S FEES($50.00) CONCURRENCE WITH FIRST BANK ($315.00) AND ASUME ($315.00) UNTIL PAYMENT IN FULL OF ATTORNEY'S FEES AND ASUME.
TRUSTEE WILL PAY $415.00 TO FIRST BANK( PO BOX 9146, SAN JUAN, PR 00908 #1210 ) AS ADEQUATE PROTECTION UNTIL CONFIRMATION OF PLAN.
PLUS INSURANCE THROUGH THE PLAN MAT DATE- FEB/2019
ASUME-DIRECTLY BY PAYROLL DEDUCTION & CHILD SUPPORT DIRECTLY
"Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The tender of such payments shall deem the plan modified by such amount, increasing the base thereby without the need of further notice, hearing or Court order. If need be for the use by debtor(s) of a portion of such refund, debtor(s) shall seek court's authorization prior to any use of funds

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing      FIRSTBANK PR                          US Bankruptcy Court District of P.R.
0104-3                                PO BOX 9146                          Jose V Toledo Fed Bldg & US Courthouse
Case 15-04885-ESL13                   SAN JUAN, PR 00908-0146              300 Recinto Sur Street, Room 109
District of Puerto Rico                                                    San Juan, PR 00901-1964
Old San Juan
Sun Oct 25 07:56:43 AST 2015

ASOCIACION EMPLEADOS ELA              ASUME                                AT&T
P O BOX 364508                        PO BOX 71414                         PO BOX 8226
SAN JUAN, PR 00936-4508               SAN JUAN, PR 00936-8514              AURORA, IL 60572-8226


AT&T Mobility Puerto Rico, Inc        BANCO POPULAR DE PUERTO RICO         DENNISE M LOPEZ
% AT&T Services, Inc                  BANKRUPTCY DEPARTMENT                URB MIRADOR DE CUPEY N 1 CALLE 9
Karen Cavagnaro, Paralegal            PO BOX 366818                        SAN JUAN, PR 00926
One AT&T Way, Room 3A104              SAN JUAN PR 00936-6818
Bedminster, NJ 07921-2693

DEPARTAMENTO DE TRANS Y OBRAS PUBLICAS  FIRST BANK                         RETIREMENT SYSTEM OF PR ELECTRIC AUTHORITY
PO BOX 41269                          CONSUMER SERVICE CENTER              HOME LOAN ADMINISTRATION
SAN JUAN, PR 00940-1269               BANKRUPTCY DIVISION - CODE 248       PO BOX 13978 SAN JUAN PR 00908 5040
                                      PO BOX 9146, SAN JUAN PR 00908-0146


ALEJANDRO OLIVERAS RIVERA             DANIEL RODRIGUEZ ROSA                MONSITA LECAROZ ARRIBAS
ALEJANDRO OLIVERAS CHAPTER 13 TRUS    URB JARDINES DE CAGUAS               OFFICE OF THE US TRUSTEE (UST)
PO BOX 9024062                        C 4 ALTOS CALLE D                    OCHOA BUILDING
SAN JUAN, PR 00902-4062               CAGUAS, PR 00725                     500 TANCA STREET SUITE 301
                                                                           SAN JUAN, PR 00901

WILBERT LOPEZ MORENO
WILBERT LOPEZ MORENO & ASOCIADOS
1272 AVE. JESUS T. PINERO
SAN JUAN, PR 00921-1616
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ASUME-DENISE LOPEZ VIZCARRONDO   PO BOX 713      End of Label Matrix
                                                    Mailable recipients    15
                                                    Bypassed recipients     1
                                                    Total                  16
```